| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| MICHAEL F. RAM, ESQ. (104805)<br>RAM, OLSON, CEREGHINO & KOPCZYNSKI, LLP<br>555 Montgomery Street, Suite 820<br>San Francisco, California 94111 | (415) 433-4949 | |
| | Ref. No. Or File No.<br>W2637118 | |
| Attorneys for:   PLAINTIFFS | | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
ZACHARY BOOK, DONALD COWART, and JOHN MANNERS, individually and on behalf of all others

Defendant:
APPLE, INC.

| PROOF OF SERVICE | Date: | Time: | Dept./Div.: | Case Number:<br>5:14-cv-04746 NC |
|---|---|---|---|---|

I, B. Anderson                              , Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: Summons; Complaint; Civil Case Cover Sheet; Order Setting Initial CMC-ADR Deadlines; ECF Registration Information; Filing Procedures (San Jose); Notice of Magistrate Judge Assignment Election Form; Notice of Lawsuit-Waiver of Service of Summons [blank forms]; Standing Order for All Judges; Magistrate Judge Cousins Civil Standing Order; Magistrate Judge Cousins Settlement Conference Standing Order; Magistrate Judge Cousins Trial Standing Order; Waiver of Service of Summons

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant         : Apple, Inc.

By Serving        : VIVIAN IMPERIAL, Authorized Agent of CT CORPORATION SYSTEM, Agent for Service of Process
Address           : 818 West 7th Street, Los Angeles, CA 90017
Date & Time       : Wednesday, October 29, 2014 @ 2:40 p.m.
Witness fees were : Not applicable.

Person serving:
B. Anderson
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 6416
   (3) County: Los Angeles
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: October 29, 2014                              Signature: _____
                                                                    B. Anderson


Printed on recycled paper