1  MATTHEW D. POWERS (S.B. #212682)
   mpowers@omm.com
2  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
3  San Francisco, CA  94111-3823
   Telephone:      (415) 984-8700
4  Facsimile:      (415) 984-8701

5  Attorneys for Defendant
   APPLE INC.

6
   MICHAEL F. RAM (S.B. #104805)
7  mram@rocklawcal.com
   RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
8  555 Montgomery Street, Suite 820
   San Francisco, CA 9411
9  Telephone:      (415) 433-4949
   Facsimile:      (415) 433-7311

10 GARY E. MASON (to be admitted *pro hac vice*)
   gmason@wbmllp.com
11 STEVEN N. BERK (to be admitted *pro hac vice*)
   sberk@wbmllp.com
12 ESFAND NAFISI (to be admitted *pro hac vice*)
   enafisi@wbmllp.com
13 WHITFIELD BRYSON & MASON LLP
   1625 Massachusetts Ave., NW, Ste. 1605
14 Washington, DC 20036
   Telephone:      (202) 429-2290
15
   Attorneys for Plaintiffs
16 ZACHARY BOOK, DONALD COWART, and
   JOHN MANNERS
17

18                    **UNITED STATES DISTRICT COURT**

19                   **NORTHERN DISTRICT OF CALIFORNIA**

20 ZACHARY BOOK, DONALD COWART,              Case No.  5:14-cv-04746
   and JOHN MANNERS, individually and
21 on behalf of all others similarly situated,   **JOINT STIPULATION UNDER L.R. 6-1(a)**
                                                 **EXTENDING DEFENDANT'S TIME TO**
22                    Plaintiffs,                **RESPOND TO COMPLAINT**

23         v.
                                                 Complaint Filed:    October 24, 2014
24 APPLE INC.,                                   Trial Date:         None set

25                    Defendant.

26

27

28

1    WHEREAS, Plaintiffs Zachary Book, Donald Cowart, and John Manners ("Plaintiffs")
2  filed their Complaint in the above-entitled action on October 24, 2014;
3    WHEREAS, Plaintiffs served the summons and Complaint on Defendant Apple Inc.
4  ("Defendant") on October 29, 2014;
5    WHEREAS, Defendant's response is currently due on or before November 19, 2014;
6    WHEREAS, Plaintiffs' counsel have agreed to extend the deadline by which Defendant
7  must answer or otherwise respond to the Complaint by thirty (30) days;
8    WHEREAS, under this agreement, Defendant's new deadline to answer or otherwise
9  respond to the Complaint would be December 19, 2014;
10    WHEREAS, this change will not alter the date of any event or any deadline already fixed
11  by Court order;
12    NOW, THEREFORE, pursuant to Rule 6-1(a) of the Local Civil Rules of the United
13  States District Court for the Northern District of California, it is hereby stipulated by and among
14  Plaintiffs and Defendant and through their counsel of record that Defendant shall have an
15  additional thirty (30) days, until December 19, 2014, in which to answer or otherwise respond to
16  the Complaint.
17    IT IS SO STIPULATED.
18  //
19  //
20  //
21
22
23
24
25
26
27
28

JOINT STIPULATION UNDER L.R. 6-1(a)
EXTENDING DEFENDANT'S TIME TO
RESPOND TO COMPLAINT 5:14-cv-04746

1   Dated: November 11, 2014          MATTHEW D. POWERS
                                      O'MELVENY & MYERS LLP
2
                                      By: /s/ Matthew D. Powers
3                                         Matthew D. Powers

4                                     Attorneys for Defendant
                                      APPLE INC.
5
    Dated: November 11, 2014          MICHAEL F. RAM
6                                     RAM, OLSON, CEREGHINO &
                                      KOPCZYNSKI LLP
7
                                      By: /s/ Michael F. Ram
8                                         Michael F. Ram

9                                     GARY E. MASON
                                      STEVEN N. BERK
10                                    ESFAND NAFISI
                                      WHITFIELD BRYSON & MASON LLP
11
                                      Attorneys for Plaintiffs
12                                    ZACHARY BOOK, DONALD COWART,
                                      and JOHN MANNERS
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION UNDER L.R. 6-1(a)
                                      EXTENDING DEFENDANT'S TIME TO
                                      RESPOND TO COMPLAINT 5:14-cv-04746

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ATTESTATION OF FILING**

Pursuant to Local Rule 5.1(i)(3) regarding signatures, I, Matthew D. Powers, hereby attest that concurrence in the filing of this Joint Stipulation Under L.R. 6-1(a) Extending Defendant's Time to Respond to Complaint has been obtained from Michael F. Ram with conformed signatures above.

Dated: November 11, 2014            By: /s/ Matthew D. Powers
                                         Matthew D. Powers

O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701