1  MATTHEW D. POWERS (S.B. #212682)
   mpowers@omm.com
2  SARAH H. TRELA (S.B. #293089)
   strela@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, CA  94111-3823
   Telephone:    (415) 984-8700
5  Facsimile:    (415) 984-8701

6  KELSEY M. LARSON (S.B. #267982)
   klarson@omm.com
7  O'MELVENY & MYERS LLP
   400 S. Hope Street
8  Los Angeles, CA  90071-2899
   Telephone:    (213) 430-6000
9  Facsimile:    (213) 430-6407

10 Attorneys for Defendant
   APPLE INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ZACHARY BOOK, DONALD COWART, and JOHN MANNERS, individually and on behalf of all others similarly situated, | Case No.  5:14-cv-04746 |
|---|---|
| Plaintiffs, | **DEFENDANT APPLE INC.'S CERTIFICATE OF INTERESTED PARTIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15** |
| v. | |
| APPLE INC., | |
| Defendant. | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: November 11, 2014

O'MELVENY & MYERS LLP
MATTHEW D. POWERS
KELSEY M. LARSON
SARAH H. TRELA

By: /s/ Matthew D. Powers
Matthew D. Powers

Attorneys for Defendant
APPLE INC.