1    MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
2    O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
3    San Francisco, CA 94111-3823
Telephone: (415) 984-8700
4    Facsimile: (415) 984-8701

5    Attorneys for Defendant
APPLE INC.

6    MICHAEL F. RAM (S.B. #104805)
7    mram@rocklawcal.com
RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
8    555 Montgomery Street, Suite 820
San Francisco, CA 9411
9    Telephone: (415) 433-4949
Facsimile: (415) 433-7311

10    GARY E. MASON (to be admitted *pro hac vice*)
11    gmason@wbmllp.com
STEVEN N. BERK (to be admitted *pro hac vice*)
12    sberk@wbmllp.com
ESFAND NAFISI (to be admitted *pro hac vice*)
13    enafisi@wbmllp.com
WHITFIELD BRYSON & MASON LLP
14    1625 Massachusetts Ave., NW, Ste. 1605
Washington, DC 20036
15    Telephone: (202) 429-2290

16    Attorneys for Plaintiffs
ZACHARY BOOK, DONALD COWART, and
JOHN MANNERS

17

# UNITED STATES DISTRICT COURT

18

# NORTHERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| 20    ZACHARY BOOK, DONALD COWART, and JOHN MANNERS, individually and on behalf of all others similarly situated,<br><br>22    Plaintiffs,<br><br>23    v.<br><br>24    APPLE INC.,<br><br>25    Defendant. | Case No. 5:14-CV-04746-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS FIRST AMENDED COMPLAINT UNDER L.R. 6-2**<br><br>Complaint Filed: October 24, 2014<br>Trial Date: None set |

26

27

28

1    WHEREAS, Defendant Apple Inc.'s ("Apple") response to Plaintiffs Zachary Book,
2  Donald Cowart, and John Manners ("Plaintiffs") Complaint in the above-entitled action is
3  currently due on or before December 19, 2014;
4    WHEREAS, Plaintiffs intend to file a First Amended Complaint in this action, and shall
5  do so on or before December 19, 2014;
6    WHEREAS, the parties have agreed to a briefing schedule for Apple's contemplated
7  motion to dismiss the First Amended Complaint ("Motion"), as follows: (1) Apple shall file its
8  Motion on or before January 29, 2015; (2) Plaintiffs shall file any opposition to the Motion on or
9  before March 5, 2015; (3) Apple shall file any reply to the Motion on or before March 19, 2015;
10 and (4) Apple will notice the hearing on the Motion for April 2, 2015.
11   WHEREAS, this change will not alter the date of any event or any deadline already fixed
12 by Court order;
13   THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
14 Parties, through their respective undersigned counsel of record, that: Plaintiffs shall file their First
15 Amended Complaint on or before December 19, 2014; Apple shall have until January 29, 2015 to
16 file its Motion (or otherwise respond to the First Amended Complaint), Plaintiff shall have until
17 March 5, 2015, to file any opposition to the Motion, Apple shall have until March 19, 2015, to
18 file any reply to the Motion, and Apple will notice the hearing on its Motion for April 2, 2015.
19   IT IS SO STIPULATED.
20 //
21 //
22 //

- 1 -   JOINT STIPULATION SETTING BRIEFING
SCHEDULE, CASE NO. 5:14-CV-04746-EJD

| | | |
|---|---|---|
| 1 | Dated: December 15, 2014 | MATTHEW D. POWERS<br>O'MELVENY & MYERS LLP |
| 2 | | |
| 3 | | By: /s/ Matthew D. Powers<br>      Matthew D. Powers |
| 4 | | Attorneys for Defendant<br>APPLE INC. |
| 5 | Dated: December 15, 2014 | MICHAEL F. RAM<br>RAM, OLSON, CEREGHINO &<br>KOPCZYNSKI LLP |
| 6 | | |
| 7 | | GARY E. MASON<br>STEVEN N. BERK<br>ESFAND NAFISI<br>WHITFIELD BRYSON & MASON LLP |
| 8 | | |
| 9 | | |
| 10 | | By: /s/ Esfand Nafisi<br>      Esfand Nafisi |
| 11 | | Attorneys for Plaintiffs<br>ZACHARY BOOK, DONALD COWART,<br>and JOHN MANNERS |
| 12 | | |

**ATTESTATION OF FILING**

Pursuant to Local Rule 5.1(i)(3) regarding signatures, I, Matthew D. Powers, hereby attest that concurrence in the filing of this Joint Stipulation and [Proposed] Order Setting Briefing Schedule for Motion to Dismiss First Amended Complaint Under L.R. 6-2 has been obtained from Esfand Nafisi with conformed signatures above.

Dated: December 15, 2014         By: /s/ Matthew D. Powers
                                     Matthew D. Powers

O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

## [PROPOSED] ORDER

The Court having considered the Joint Stipulation Setting Briefing Schedule for Motion to Dismiss First Amended Complaint Under L.R. 6-2 submitted by the parties, and good cause appearing:

1. The Stipulation is approved;
2. Plaintiffs shall file their First Amended Complaint on or before December 19, 2014;
3. Apple shall have until January 29, 2015, to file its Motion to Dismiss First Amended Complaint or otherwise respond to the Second Amended Complaint (the "Motion");
4. Plaintiff shall have until March 5, 2015, to file any opposition to the Motion;
5. Apple shall have until March 19, 2015, to file any reply to the Motion; and
6. Apple shall notice the hearing on its Motion for April 2, 2015.

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. Edward J. Davila
UNITED STATES DISTRICT JUDGE