Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zachary Book, et al., ) <br> ) Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> Apple, Inc., ) <br> ) <br> Defendant(s). ) | Case No: 5:14-cv-04746-EJD <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Gary E. Mason, an active member in good standing of the bars of MD, NY, and Washington, DC, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Michael F. Ram, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| Whitfield Bryson & Mason LLP <br> 1625 Massachusetts Ave., NW, Ste. 605 <br> Washington, DC 20036 | Ram, Olson, Cereghino & Kopczynski LLP <br> 555 Montgomery Street, Suite 820 <br> San Francisco, CA 94111 |
| My telephone # of record: <br> (202) 429-2290 | Local co-counsel's telephone # of record: <br> (415) 433-4949 |
| My email address of record: <br> gmason@wbmllp.com | Local co-counsel's email address of record: <br> mram@rocklawcal.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar numbers are: MD 15033; NY 105875; DC 418073.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/16/14            /s/ Gary E. Mason
                                              APPLICANT

---

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Gary E. Mason is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                                              UNITED STATES DISTRICT/MAGISTRATE JUDGE