Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Zachary Book, et al.,

                 Plaintiff(s),

  v.

Apple, Inc.,

                 Defendant(s).

Case No: 5:14-cv-04746-EJD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Esfand Y. Nafisi, an active member in good standing of the bars of Illinois and New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Michael F. Ram, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| Whitfield Bryson & Mason LLP<br>1625 Massachusetts Ave., NW, Ste. 605<br>Washington, DC 20036 | Ram, Olson, Cereghino & Kopczynski LLP<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (202) 429-2290 | (415) 433-4949 |
| My email address of record: | Local co-counsel's email address of record: |
| enafisi@wbmllp.com | mram@rocklawcal.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar numbers are: IL 6301866 and NY 5145958.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/16/14                                  */s/ Esfand Y. Nafisi*
                                                                                 APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of Esfand Y. Nafisi is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                                                     UNITED STATES DISTRICT/MAGISTRATE JUDGE