Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Zachary Book, et al.,  )
                       )  Case No: 5:14-cv-04746-EJD
        Plaintiff(s),  )
                       )  **APPLICATION FOR**
    v.                 )  **ADMISSION OF ATTORNEY**
                       )  **PRO HAC VICE**
Apple, Inc.,           )  (CIVIL LOCAL RULE 11-3)
                       )
        Defendant(s).  )

I, Gary E. Mason, an active member in good standing of the bars of MD, NY, and Washington, DC, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Michael F. Ram, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Whitfield Bryson & Mason LLP | Ram, Olson, Cereghino & Kopczynski LLP |
| 1625 Massachusetts Ave., NW, Ste. 605 | 555 Montgomery Street, Suite 820 |
| Washington, DC 20036 | San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 429-2290 | (415) 433-4949 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| gmason@wbmllp.com | mram@rocklawcal.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar numbers are: MD 15033; NY 105875; DC 418073.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/16/14                                      /s/ Gary E. Mason
                                                        APPLICANT

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Gary E. Mason is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/17/2014                           [signature]
                                       UNITED STATES DISTRICT JUDGE