Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zachary Book, et al.,<br><br>　　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>Apple, Inc.,<br><br>　　　　　　　　　Defendant(s). | Case No: 5:14-cv-04746-EJD<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

　　I, **Steven N. Berk**, an active member in good standing of the bars of **Illinois and Washington, DC**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Plaintiffs** in the above-entitled action. My local co-counsel in this case is **Michael F. Ram**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Whitfield Bryson & Mason LLP<br>1625 Massachusetts Ave., NW, Ste. 605<br>Washington, DC 20036 | Ram, Olson, Cereghino & Kopczynski LLP<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 429-2290 | (415) 433-4949 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| sberk@wbmllp.com | mram@rocklawcal.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar numbers are: **IL 6190477 and DC 432870**.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/19/14　　　　　　　　　　　　　　　　　　　　/s/Steven N. Berk
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

===

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

　　IT IS HEREBY ORDERED THAT the application of **Steven N. Berk** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE