Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Zachary Book, et al.,

               Plaintiff(s),

   v.

Apple, Inc.,

               Defendant(s).

Case No: 5:14-cv-04746-EJD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, __Steven N. Berk__, an active member in good standing of the bars of __Illinois and Washington, DC__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __Plaintiffs__ in the above-entitled action. My local co-counsel in this case is __Michael F. Ram__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Whitfield Bryson & Mason LLP | Ram, Olson, Cereghino & Kopczynski LLP |
| 1625 Massachusetts Ave., NW, Ste. 605 | 555 Montgomery Street, Suite 820 |
| Washington, DC 20036 | San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 429-2290 | (415) 433-4949 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| sberk@wbmllp.com | mram@rocklawcal.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar numbers are: __IL 6190477 and DC 432870__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 12/19/14

*/s/Steven N. Berk*
_____
APPLICANT

## ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Steven N. Berk__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:   12/19/2014



UNITED STATES DISTRICT JUDGE