1  MATTHEW D. POWERS (S.B. #212682)
   mpowers@omm.com
2  SARAH H. TRELA (S.B. #293089)
   strela@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, CA  94111-3823
   Telephone:   (415) 984-8700
5  Facsimile:   (415) 984-8701

6  KELSEY M. LARSON (S.B. #267982)
   klarson@omm.com
7  O'MELVENY & MYERS LLP
   400 S. Hope Street
8  Los Angeles, CA  90071-2899
   Telephone:   (213) 430-6000
9  Facsimile:   (213) 430-6407

10 Attorneys for Defendant
   APPLE INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ZACHARY BOOK, DONALD COWART, JOHN MANNERS, LORI ASHBAUGH, JESSICA CHANDLER, MICHAEL GHEZZI, THOMAS GAROFALO, HOLLY FOURNIER, ADAM MILES, JONATHAN ROWE, LOUIS RAMOS, and JENNIFER ROBERTS, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>APPLE INC.,<br><br>                    Defendant. | Case No.  5:14-CV-04746-EJD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Hearing Date:   April 2, 2015<br>Time:           9:00 a.m.<br>Judge:          Hon. Edward J. Davila<br>Courtroom:      4 |

[PROPOSED] ORDER GRANTING APPLE'S
MOTION TO DISMISS FAC
CASE NO. 5:14-CV-04746-EJD

1 | The Court, having considered Defendant Apple Inc.'s Motion to Dismiss the First
2 | Amended Complaint, all other papers and evidence submitted in opposition and reply, the
3 | pertinent pleadings, matters properly subject to judicial notice, and the applicable law, and
4 | finding good cause therefor, hereby **GRANTS** the motion.

5 | IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant Apple Inc.'s
6 | Motion to Dismiss is **GRANTED** and the First Amended Complaint and all claims asserted
7 | therein are **DISMISSED WITH PREJUDICE**.

10 | DATED: _____

_____
Hon. Edward J. Davila
UNITED STATES DISTRICT JUDGE