1  Michael F. Ram (SBN 104805)
   RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
2  555 Montgomery Street, Suite 820
   San Francisco, CA  94111
3  Telephone:  415-433-4949
   Facsimile:  415-433-74311
4  Email: mram@rocklawcal.com

5  Gary E. Mason (*pro hac vice*)
   Steven N. Berk (*pro hac vice*)
6  Esfand Y. Nafisi (*pro hac vice*)
   WHITFIELD BRYSON & MASON LLP
7  1625 Massachusetts Ave., NW, Ste. 605
   Washington, DC  20036
8  Telephone:  202-429-2290
   Email:  gmason@wbmllp.com
9  Email:  sberk@wbmllp.com
   Email:  enafisi@wbmllp.com
10

11 *Attorneys for Plaintiffs Zachary Book et al.*

12 Matthew D. Powers (SBN 212682)
   O'MELVENY & MYERS LLP
13 Two Embarcadero Center, 28th Floor
   San Francisco, CA 94111-3823
14 Telephone:  (415) 984-8700
   Facsimile: (415) 948-8701
15
   *Attorney for Defendant Apple Inc.*
16
                    **UNITED STATES DISTRICT COURT**
17
                    **NORTHERN DISTRICT OF CALIFORNIA**
18

| | |
|---|---|
| ZACHARY BOOK, DONALD COWART, JOHN MANNERS, LORI ASHBAUGH, JESSICA CHANDLER, MICHAEL GHEZZI, THOMAS GAROFALO, HOLLY FOURNIER, ADAM MILES, JONATHAN ROWE, LOUIS RAMOS, and JENNIFER ROBERTS, individually and on behalf of all others similarly situated, | Case No. 5:14-CV-04746-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE UNDER L.R. 6-2** |
| PLAINTIFFS, | Complaint Filed: October 24, 2014<br>Trial Date: None set |
| v. | |
| APPLE INC. | |
| DEFENDANT. | |

CASE NO. 5:14-CV-04746-EJD – JOINT STIPULATION RESCHEDULING CASE MANAGEMENT CONFERENCE

1

WHEREAS, the Case Management Conference is presently set for March 5, 2015;

WHEREAS, Plaintiffs' counsel has a preexisting scheduling conflict with a mediation in Florida on March 4;

WHEREAS, the Parties have agreed to reschedule the Case Management Conference to March 19, 2015 at 10 a.m.;

WHEREAS, this change will alter the deadline to file the Joint Case Management Statement, which is already fixed by Court order, to March 12, 2015. Further, any other deadlines associated with the initial case management conference, including ADR deadlines, will be adjusted accordingly;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective undersigned counsel of record, that: the Parties' Case Management Conference shall occur on March 19, 2015.

IT IS SO STIPULATED.

Dated: February 3, 2015

Michael F. Ram
RAM, OLSON, CEREGHINO
 & KOPCZYNSKI LLP

Gary E. Mason (*pro hac vice*)
Steven N. Berk (*pro hac vice*)
Esfand Y. Nafisi (*pro hac vice*)
WHITFIELD BRYSON & MASON LLP

By:  /s/ Gary E. Mason
      Gary E. Mason (*pro hac vice*)

*Attorneys for Plaintiffs Zachary Book et al.*

Dated: February 3, 2015

Matthew D. Powers
O'MELVENY & MYERS LLP

By:  /s/ Matthew D. Powers
      Matthew D. Powers

*Attorney for Defendant Apple Inc.*

CASE NO. 5:14-CV-04746-EJD – JOINT STIPULATION RESCHEDULING CASE MANAGEMENT CONFERENCE

2

## ATTESTATION OF FILING

Pursuant to Local Rule 5.1(i)(3) regarding signatures, I, Gary E. Mason, hereby attest that concurrence in the filing of this Joint Stipulation and [Proposed] Order Rescheduling Case Management Conference has been obtained from Matthew D. Powers with conformed signatures above.

Dated: February 3, 2015          By:     /s/ Gary E. Mason
                                         Gary E. Mason
                                         WHITFIELD BRYSON & MASON LLP
                                         1625 Massachusetts Ave., NW, Ste. 605
                                         Washington, DC 20036
                                         Telephone: 202-429-2290
                                         Email: gmason@wbmllp.com