Michael F. Ram (SBN 104805)
RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, CA  94111
Telephone:  415-433-4949
Facsimile:  415-433-74311
Email: mram@rocklawcal.com

Gary E. Mason (*pro hac vice*)
Steven N. Berk (*pro hac vice*)
Esfand Y. Nafisi (*pro hac vice*)
WHITFIELD BRYSON & MASON LLP
1625 Massachusetts Ave., NW, Ste. 1̶605
Washington, DC  20036
Telephone:  202-429-2290
Email:  gmason@wbmllp.com
Email:  sberk@wbmllp.com
Email:  enafisi@wbmllp.com

*Attorneys for Plaintiffs Zachary Book et al.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| ZACHARY BOOK, DONALD COWART, JOHN MANNERS, LORI ASHBAUGH, JESSICA CHANDLER, MICHAEL GHEZZI, THOMAS GAROFALO, HOLLY FOURNIER, ADAM MILES, JONATHAN ROWE, LOUIS RAMOS, and JENNIFER ROBERTS, individually and on behalf of all others similarly situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>APPLE INC.<br><br>DEFENDANT. | Case No. 5:14-CV-04746-EJD<br><br>**DECLARATION OF GARY E. MASON IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE UNDER L.R. 6-2** |
|---|---|

**DECLARATION OF GARY E. MASON**

I, Gary E. Mason, hereby declare and state as follows:

1. I am a partner in the law firm of Whitfield Bryson & Mason LLP, with an office located at 1625 Massachusetts Avenue NW, Suite 605, Washington, DC 20036. I am an attorney in good standing of the bars Maryland, New York, and the District of Columbia. I have been admitted to practice *pro hac vice* before the U.S. District Court for the Northern District of California as counsel of record for Plaintiffs Zachary Book, Donald Cowart, John Manners, Lori Ashbaugh, Jessica Chandler, Michael Ghezzi, Thomas Garofalo, Holly Fournier, Adam Miles, Louis Ramos, and Jennifer Roberts ("Plaintiffs") in the above-captioned case. I submit this declaration based upon my personal knowledge and, if called as a witness, could and would testify to the matters set forth below.

2. A Case Management Conference is currently scheduled to be held on March 5, 2015 at 10:00 a.m. at the United States Courthouse, 280 South First Street, San Jose, California.

3. I have a pre-existing conflict with a mediation in Miami, Florida, which is scheduled for March 4, 2015.

4. The parties have agreed to reschedule the Case Management Conference to March 19, 2015 at 10:00 a.m.

5. There have been two previous time modifications in this case. On November 11, 2014, the parties stipulated pursuant to L.R. 6-1(a) to extend the time for Apple to respond to Plaintiffs' original Complaint. (Dkt. No. 7.) On December 15, 2014, the parties stipulated pursuant to L.R. 6-2 to a briefing schedule for Apple's contemplated motion to dismiss the First Amended Complaint. (Dkt. No. 15.)

6. The requested time modification will alter deadlines currently scheduled in this case, including the deadline to file the Joint Case Management Statement, which is already fixed by Court order, to March 12, 2015. Further, all other deadlines associated with the initial case management conference, including ADR deadlines, will be adjusted according to Fed. R. Civ. P.

I declare under penalty of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 3rd day of February, 2015, at Washington, D.C.

/s/ Gary E. Mason
Gary E. Mason (*pro hac vice*)
WHITFIELD BRYSON & MASON LLP
1625 Massachusetts Ave., NW, Ste. 605
Washington, DC  20036
Telephone:  202-429-2290
Email:  gmason@wbmllp.com