# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY BOOK, DONALD COWART, JOHN MANNERS, LORI ASHBAUGH, JESSICA CHANDLER, MICHAEL GHEZZI, THOMAS GAROFALO, HOLLY FOURNIER, ADAM MILES, JONATHAN ROWE, LOUIS RAMOS, and JENNIFER ROBERTS, individually and on behalf of all others similarly situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>APPLE INC.<br><br>DEFENDANT. | Case No. 5:14-CV-04746-EJD<br><br>[PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE UNDER L.R. 6-2<br><br>Complaint Filed: October 24, 2014<br>Trial Date: None set |

The Court having considered the Joint Stipulation Rescheduling Case Management Conference Under L.R. 6-2 submitted by the parties, and good cause appearing:

1. The Stipulation is approved;

2. The Case Management Conference shall occur on March 19, 2015 at 10 a.m.; and

3. This change will alter the deadline to file the Joint Case Management Statement, which is already fixed by Court order, to March 12, 2015. Further, any other deadlines associated with the initial case management conference, including ADR deadlines, will be adjusted accordingly.

**IT IS SO ORDERED.**

DATED:  2/4/2015

_____
Hon. Edward J. Davila
UNITED STATES DISTRICT JUDGE

CASE NO. 5:14-CV-04746-EJD – [PROPOSED] ORDER ON JOINT STIPULATION RESCHEDULING CASE MANAGEMENT CONFERENCE