Michael F. Ram (SBN 104805)
RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, CA  94111
Telephone:  (415)433-4949
Facsimile:  (415)433-74311
Email: mram@rocklawcal.com

Gary E. Mason (*pro hac vice*)
Steven N. Berk (*pro hac vice*)
Esfand Y. Nafisi (*pro hac vice*)
WHITFIELD BRYSON & MASON LLP
1625 Massachusetts Ave., NW, Ste. 605
Washington, DC  20036
Telephone:  (202) 429-2290
Email:  gmason@wbmllp.com
Email:  sberk@wbmllp.com
Email:  enafisi@wbmllp.com

*Attorneys for Plaintiffs Zachary Book et al.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ZACHARY BOOK, DONALD COWART, JOHN MANNERS, LORI ASHBAUGH, JESSICA CHANDLER, MICHAEL GHEZZI, THOMAS GAROFALO, HOLLY FOURNIER, ADAM MILES, LOUIS RAMOS, and JENNIFER ROBERTS, individually and on behalf of all others similarly situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>APPLE INC.,<br><br>DEFENDANT. | Case No. 5:14-CV-04746-EJD<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Zachary Book, Donald Cowart, John Manners, Lori Ashbaugh, Jessica Chandler, Michael Ghezzi, Thomas Garofalo, Holly Fournier, Adam Miles, Luis Ramos, and Jennifer Roberts voluntarily dismiss their complaint with prejudice against Defendant Apple Inc.

Dated: May 12, 2015                           Respectfully submitted,

By:        */s/ Michael F. Ram*
Michael F. Ram (SBN 104805)
RAM, OLSON, CEREGHINO
 & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, CA  94111
Telephone:  415-433-4949
Facsimile:  415-433-74311
Email:  mram@rocklawcal.com

Gary E. Mason (*pro hac vice*)
Steven N. Berk (to be admitted *pro hac vice*)
Esfand Y. Nafisi (*pro hac vice*)
WHITFIELD BRYSON & MASON LLP
1625 Massachusetts Ave., NW, Ste. 605
Washington, DC  20036
Tel:  202-429-2290
Email:  GMason@wbmllp.com
Email:  sberk@wbmllp.com
Email:  enafisi@wbmllp.com

*Attorneys for Plaintiff*