**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ZACHARY BOOK, DONALD COWART, JOHN MANNERS, LORI ASHBAUGH, JESSICA CHANDLER, MICHAEL GHEZZI, THOMAS GAROFALO, HOLLY FOURNIER, ADAM MILES, LOUIS RAMOS, and JENNIFER ROBERTS, individually and on behalf of all others similarly situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>APPLE INC.,<br><br>DEFENDANT. | Case No. 5:14-CV-04746-EJD<br><br>[PROPOSED] ORDER GRANTING VOLUNTARILY DISMISSAL |

BEFORE THE COURT is Plaintiffs' notice of voluntary dismissal with prejudice of Plaintiffs' claims against Defendant Apple Inc.

Plaintiffs have filed a notice of voluntary dismissal of their claims pursuant to Federal Rule of Civil Procedure 41(a). Because the Defendant has neither filed an answer nor moved for summary judgment, Plaintiffs have an absolute right to voluntarily dismiss their claims against the Defendant. Fed. R. Civ. P. 41(a)(1)(A)(i).

**IT IS HEREBY ORDERED:**

Pursuant to Plaintiffs' notice of voluntary dismissal of their claims against Apple Inc., all remaining claims and causes of actions are hereby **DISMISSED** with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

1  The District Court Executive is hereby directed to enter this Order, enter

2  judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

4  **DATED:**   5/14/2015                                  _____
                                                              **EDWARD J. DAVILA**
5                                                             **United States District Judge**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Zachary Book, Donald Cowart, John Manners, Lori Ashbaugh, Jessica Chandler, Michael Ghezzi, Thomas Garofalo, Holly Fournier, Adam Miles, Luis Ramos, and Jennifer Roberts voluntarily dismiss their complaint with prejudice against Defendant Apple Inc.

Dated: May 11, 2015                 Respectfully submitted,

By:      */s/ Michael F. Ram*
Michael F. Ram (SBN 104805)
RAM, OLSON, CEREGHINO
 & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, CA  94111
Telephone:  415-433-4949
Facsimile:  415-433-74311
Email:  mram@rocklawcal.com

Gary E. Mason (*pro hac vice*)
Steven N. Berk (to be admitted *pro hac vice*)
Esfand Y. Nafisi (*pro hac vice*)
WHITFIELD BRYSON & MASON LLP
1625 Massachusetts Ave., NW, Ste. 605
Washington, DC  20036
Tel:  202-429-2290
Email:  GMason@wbmllp.com
Email:  sberk@wbmllp.com
Email:  enafisi@wbmllp.com

*Attorneys for Plaintiff*

[PROPOSED] ORDER GRANTING VOLUNTARILY DISMISSAL

3